## Amalong et ux., Appellants, *v.* Bash.

Submitted April 12, 1971. *Donald L. Hankey,* for appellants; *John M. Noel,* for appellee.

Decree affirmed.

## Bachman *v.* Bell et al., Appellants.

Argued April 14, 1971. *Lee C. McCandless,* with him *Frank P. Krizner,* and *Mc-Candless, Chew & Krizner,* for appellants; *Harry K. McNamee, John N. Gazetos,* and *Corwyn M. Coulter,* with them *Marshall, Marshall, McNamee & MacFarlane,* and *Coulter, Gilchrist, Dillon & McCandless,* for appellees.

Judgments affirmed.

## Breide *v.* Snyder (et al., Appellant).

Argued April 14, 1971. *Robert C. Little,* with him *Burns, Manley & Little,* for appellant; *Joseph M. Maurizi,* with him *Suto, Power, Balzarini & Walsh,* for appellees.

Judgment affirmed.